IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01856-CMA-KLM

ROBERT B. SILVER,

      Plaintiff,

v.

LESLIE SHAPIRO,

      Defendant.

_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiff's **Unopposed Motion to Modify the Scheduling Order** [Docket No. 16; Filed January 19, 2011] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Accordingly,

      IT IS FURTHER **ORDERED** that the deadline for the disclosure of expert witnesses is extended to **March 1, 2011**.

      IT IS FURTHER **ORDERED** that the deadline for the completion of written discovery is extended to **April 1, 2011**.

      Dated:  January 20, 2011