IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01856-WJM-KLM

ROBERT B. SILVER,

    Plaintiff,

v.

LESLIE SHAPIRO,

    Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Modify the Scheduling Order** [Docket No. 25; Filed February 18, 2011] (the "Motion"). Plaintiff has failed to comply with D.C.COLO.LCivR 7.1A., which provides as follows: "The Court will not consider any motion, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good faith efforts to confer with opposing counsel or a *pro se* party to resolve the disputed matter." Plaintiff has not stated Defendant's position on the Motion, and he has not certified that he made reasonable, good faith efforts to confer with Defendant regarding the Motion. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**.

    Dated: February 18, 2011