IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01856-WJM-KLM

ROBERT B. SILVER,

    Plaintiff,

v.

LESLIE SHAPIRO,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion for Leave to Take the Preservation Deposition of Dr. Lawrence Fiedler on April 8, 2011** [Docket No. 39; Filed March 10, 2011] (the "Motion").  Plaintiff filed a Response [Docket No. 40] in opposition to the Motion on March 11, 2011.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that Defendant may take the preservation deposition of Dr. Lawrence Fiedler on April 8, 2011.

    Dated:  March 14, 2011